**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    *11*

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | *Del Fuego Paradise, LLLP* | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | *88-3441852* | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *900 East Atlantic Blvd*<br>*Delray Beach, FL 33483*<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Palm Beach*<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    *https://delfuegorestaurant.com*

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Del Fuego Paradise, LLLP**                                    Case number (*if known*)
     Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7225_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Del Fuego Paradise, LLLP**                                    Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Del Fuego Paradise, LLLP**                                    Case number (*if known*) _____
           Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | *Del Fuego Paradise, LLLP* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     *May 20, 2024*
                MM / DD / YYYY

X */s/ Daniel Murphy*                                *Daniel Murphy*
Signature of authorized representative of debtor        Printed name

Title   *Power of Attorney for Joseph DiNicole, Partner*

---

**18. Signature of attorney**

X */s/ Craig I. Kelley*                        Date  *May 20, 2024*
Signature of attorney for debtor                       MM / DD / YYYY

*Craig I. Kelley 782203*
Printed name

*Kelley Kaplan & Eller, PLLC*
Firm name

*1665 Palm Beach Lakes Blvd*
*The Forum - Suite 1000*
*West Palm Beach, FL 33401*
Number, Street, City, State & ZIP Code

Contact phone  *561-491-1200*     Email address  *craig@kelleylawoffice.com*

*782203 FL*
Bar number and State

**Fill in this information to identify the case:**

Debtor name   *Del Fuego Paradise, LLLP*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *May 20, 2024*          X */s/ Daniel Murphy*

Signature of individual signing on behalf of debtor

*Daniel Murphy*

Printed name

*Power of Attorney for Joseph DiNicole, Partner*

Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | *Del Fuego Paradise, LLLP* |
| United States Bankruptcy Court for the: | *SOUTHERN DISTRICT OF FLORIDA* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Alto Adventures - Lisa Martin* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$100,000.00* |
| *Brian McGuinley 16 Caterham Lane East Setauket, NY 11733* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$100,000.00* |
| *CNQ Investment LLC c/o CD CPA 175 SW 7th Street Suite 1603 Miami, FL 33130* | | *Estimated past due rent* | *Contingent Unliquidated Disputed* | | | *$600,000.00* |
| *David Duryea 35B Old Field Rd East Setauket, NY 11733* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$200,000.00* |
| *Dowdy Clifford Wadsworth* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$100,000.00* |
| *Jared Bartholemew PO Box 592 East Moriches, NY 11940* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$100,000.00* |
| *Joseph DeNicola 9 Heidie Ct Saint James, NY 11780* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$900,000.00* |
| *Joseph Vassar PO Box 2694 Huntington Station, NY 11746* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$200,000.00* |
| *Ken Bove 895 Marconi Ave. Ronkonkoma, NY 11779* | | *Equity Investment* | *Contingent Unliquidated Disputed* | | | *$100,000.00* |

| Debtor | Del Fuego Paradise, LLLP | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lawrence Bracken 208 Violet Garden Walk Alpharetta, GA 30009** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Linsco private** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Marc Wasserman 797 Mt Sinai Coram Rd Mount Sinai, NY 11766** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$250,000.00** |
| **Michael Arranoca 335 Bob White Way Sarasota, FL 34236** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$150,000.00** |
| **Michael LaStrange 96 Butler Drive South Burlington, VT 05403** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Raymond Franzino 17819 Vaca Court Ft Meyers, FL 33098** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Renovation Partners Steve Sisca 905 Atlantic Ave. Brooklyn, NY 11238** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$200,000.00** |
| **Scott Reykert 309 South Someday Dr Boerne, TX 78006** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Shelly Winter** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$200,000.00** |
| **Steven Duryea 29 Wriston Dr. Providence, RI 02906** | | **Equity Investment** | | | | **$100,000.00** |
| **William Girimonte, Jr. 14 Surrey Road Massapequa, NY 11758** | | **Equity Investment** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |

**Fill in this information to identify the case:**

Debtor name  *Del Fuego Paradise, LLLP*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................. $            **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................. $     **5,500.00**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................ $     **5,500.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $            **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **13,666.19**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **4,566,767.43**

4.  Total liabilities ..............................................................................................................
Lines 2 + 3a + 3b      $     **4,580,433.62**

**Fill in this information to identify the case:**

Debtor name    **Del Fuego Paradise, LLLP**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *J.P. Morgan Chase*<br>*The account was negative and has been closed.* | *Checking* | *0392* | *$0.00* |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    *$0.00*

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.

Debtor    *Del Fuego Paradise, LLLP*                                    Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** *Liquour stored on the premises* *The Debtor believes the liquor has no value as it cannot be resold.* | | *$0.00* | *Liquidation* | *$0.00* |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

**23.    Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.                    *$0.00*

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** *Various dining tables and chairs* | *$0.00* | *Liquidation* | *$3,500.00* |

Debtor    *Del Fuego Paradise, LLLP*                        Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| *Restaurant glassware, flatare and dinnerware* | *$0.00* | *Liquidation* | *$1,000.00* |
| *Various decorative wall coverings of no value.* | *$0.00* | *Liquidation* | *$1,000.00* |
| *Air conditioner compressor (Leased).* | *$0.00* | *Liquidation* | *$0.00* |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.          | *$5,500.00* |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| *Various Ice Machines (Leased)* | *$0.00* | *Liquidation* | *$0.00* |
| *Draft Beer System (Leased)* | *$0.00* | *Liquidation* | *$0.00* |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.          | *$0.00* |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No

Debtor    *Del Fuego Paradise, LLLP*                              Case number *(If known)* _____
          Name

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. *Lease for premises located at 900 East Atlantic Blvd, Delray Beach, Florida 33498* | *Lease* | *$0.00* | *Liquidation* | *Unknown* |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

| *$0.00* |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** *https://delfuegorestaurant.com* | *$0.00* | | *$0.00* |
| 62.    **Licenses, franchises, and royalties** *Full Liquor License BEV6018664* | *$0.00* | | *Unknown* |

Debtor    **_Del Fuego Paradise, LLLP_**                              Case number *(If known)* _____
          <sub>Name</sub>

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                    | **_$0.00_** |
        Add lines 60 through 65. Copy the total to line 89.                      |_____|

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Del Fuego Paradise, LLLP**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,500.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,500.00 |

**Fill in this information to identify the case:**

Debtor name   *Del Fuego Paradise, LLLP*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

**Fill in this information to identify the case:**

Debtor name  **_Del Fuego Paradise, LLLP_**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$13,049.16** | **$0.00** |

| | |
|---|---|
| Priority creditor's name and mailing address<br>**_Florida Department of Revenue_**<br>**_5050 West Tennessee Street_**<br>**_Tallahassee, FL 32399-0140_** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**_Sales Tax_** |
| Last 4 digits of account number **_5845_** | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

|  |  | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$617.03** | **$617.03** |

| | |
|---|---|
| Priority creditor's name and mailing address<br>**_Internal Revenue Service_**<br>**_Central Insolvency Operation_**<br>**_P.O. Box 7346_**<br>**_Philadelphia, PA 19101-7346_** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Del Fuego Paradise, LLLP**  
_____ Case number *(if known)* _____  
Name

| | |
|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** |

**3.1** Nonpriority creditor's name and mailing address

**Alan Pismeny**
**1103 Parker Schoolhouse Extension**
**Davenport, NY 13750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$50,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**ALSCO Uniforms**
**2631 NW 17TH LANE**
**Pompano Beach, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$262.21**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Alto Adventures - Lisa Martin**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Breakthru Beverage**
**9801 Premier Pkwy**
**Hollywood, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,747.44**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Brian McGuinley**
**16 Caterham Lane**
**East Setauket, NY 11733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Brian Nessler**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$50,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Brilliant Supply**
**2180 S Congress Ave Ste B**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,050.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Del Fuego Paradise, LLLP**                              Case number *(if known)*  _____
        Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,768.69 |
|---|---|---|---|

*City of Delray Water*
*100 NW First Ave*
*Delray Beach, FL 33444*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600,000.00 |
|---|---|---|---|

*CNQ Investment LLC*
*c/o CD CPA*
*175 SW 7th Street*
*Suite 1603*
*Miami, FL 33130*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Estimated past due rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.30 |
|---|---|---|---|

*Comcast Business*
*PO BOX 71211*
*Charlotte, NC 28272*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.30 |
|---|---|---|---|

*Commercial Kitchen Stop*
*2180 S Congress Ave*
*Unit A*
*West Palm Beach, FL 33406*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.00 |
|---|---|---|---|

*County Soda Systems Inc*
*2085 N Powerline Rd STE 2*
*Pompano Beach, FL 33069*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

*David Duryea*
*35B Old Field Rd*
*East Setauket, NY 11733*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Equity Investment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

*David Kluger*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Equity Investment__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Del Fuego Paradise, LLLP**
_____          Case number (if known) _____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**DBCHQ SBMA Health Insurance**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,544.33** |
|---|---|---|---|

**DirecTV**
**P.O. Box 5007**
**Carol Stream, IL 60197-5007**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dowdy Clifford Wadsworth**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Eddie Metz**
**11 Deepwells Lane**
**Saint James, NY 11780**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,926.53** |
|---|---|---|---|

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188-0001**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,085.96** |
|---|---|---|---|

**Florida Public Utilities**
**P.O. Box 610**
**Marianna, FL 32447**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Frank & Noreen Collins**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Del Fuego Paradise, LLLP**                                  Case number *(if known)* _____
_____
Name

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,871.45** |
|---|---|---|---|

**HF Coors**
**1600 S Cherrybell Stravenue**
**Tucson, AZ 85713**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.00** |
|---|---|---|---|

**House of Wine, Beer and Spirits Inc.**
**1101 Clare Ave**
**Unit 10**
**West Palm Beach, FL 33401**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,560.82** |
|---|---|---|---|

**Imperial AC Supply**
**2611 NW 21st Terrace**
**Miami, FL 33142**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,398.13** |
|---|---|---|---|

**Integrated Building Technologies**
**3000 NW Boca Raton Blvd**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,526.64** |
|---|---|---|---|

**IPFS Corporation**
**PO BOX 730223**
**Dallas, TX 75373**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jared Bartholemew**
**PO Box 592**
**East Moriches, NY 11940**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jason Houlihan**
**33 Slabey Ave**
**Malverne, NY 11565**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Del Fuego Paradise, LLLP**                                Case number *(if known)* _____

_____
Name

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |

**John Heegan**
**63 Hitherdell Lane**
**North Babylon, NY 11703**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900,000.00** |

**Joseph DeNicola**
**9 Heidie Ct**
**Saint James, NY 11780**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |

**Joseph Vassar**
**PO Box 2694**
**Huntington Station, NY 11746**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kaje Services LLC**
**8185 Via Ancho Rd Unit 880848**
**Boca Raton, FL 33488**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |

**Ken Bove**
**895 Marconi Ave.**
**Ronkonkoma, NY 11779**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |

**Lawrence Bracken**
**208 Violet Garden Walk**
**Alpharetta, GA 30009**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |

**Linsco private**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Del Fuego Paradise, LLLP**
      Name

Case number *(if known)* _____

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Marc Wasserman**
**797 Mt Sinai Coram Rd**
**Mount Sinai, NY 11766**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Equity Investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Michael Arranoca**
**335 Bob White Way**
**Sarasota, FL 34236**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Equity Investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Michael LaStrange**
**96 Butler Drive**
**South Burlington, VT 05403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Equity Investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.50** |
|---|---|---|---|

**Mike Maher**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Computer/IT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**One POS**
**6750 Forum Drive, Suite 300**
**Orlando, FL 32821**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.75** |
|---|---|---|---|

**Orkin Pest Control**
**2257 VISTA PARKWAY SUITE 5**
**West Palm Beach, FL 33411**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Park Street**
**1000 Brickell Ave Ste 215**
**Miami, FL 33131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Del Fuego Paradise, LLLP**                                    Case number (*if known*) _____
_____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,395.19 |

**Paycor**
**4811 Montgomery Rd**
**Cincinnati, OH 45212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,126.50 |

**Premier Beverage Co.**
**9801 Premier Pkwy**
**Miramar, FL 33083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Supplier_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,834.20 |

**Progressive Commercial**
**Dept 0561**
**Carol Stream, IL 60132-0561**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,350.76 |

**Quench**
**630 Allendale Road**
**Suite 200**
**King of Prussia, PA 19406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Raymond Franzino**
**17819 Vaca Court**
**Ft Meyers, FL 33098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Equity Investment_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**RDDM1119 LLC/Dan Moruzzi**
**11 Durham Place**
**Lake Grove, NY 11755**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Equity Investment_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |

**Renovation Partners Steve Sisca**
**905 Atlantic Ave.**
**Brooklyn, NY 11238**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Equity Investment_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Del Fuego Paradise, LLLP**
      Name

Case number *(if known)* _____

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Robert Iannaccone**
**1105 Montauk Montauk Highway, Ste C**
**Patchogue, NY 11772**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Equity Investment</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Scott Reykert**
**309 South Someday Dr**
**Boerne, TX 78006**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Equity Investment</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Shelly Winter**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Equity Investment</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,493.41** |
|---|---|---|---|

**Southern Glazers**
**2400 SW 145th Avenue, Suite 200**
**Hollywood, FL 33027**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Steven Duryea**
**29 Wriston Dr.**
**Providence, RI 02906**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Equity Investment</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,801.40** |
|---|---|---|---|

**US Foods**
**7598 NW 6th Avenue**
**Boca Raton, FL 33487**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>Supplier</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,395.19** |
|---|---|---|---|

**Valiant Payroll Taxes**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Del Fuego Paradise, LLLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,839.55** |
|---|---|---|---|

**WALKER INDUSTRIAL**
**117 Mount Pleasant Road**
**PO Box 499**
**Newtown, CT 06470**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,429.04** |
|---|---|---|---|

**Waste Management**
**Po BOX 4648**
**Carol Stream, IL 60197**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _3004_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,009.06** |
|---|---|---|---|

**Waste Management**
**PO BOX 4648**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _3003_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**William Girimonte, Jr.**
**14 Surrey Road**
**Massapequa, NY 11758**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equity Investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,069.00** |
|---|---|---|---|

**Zenith Insurance**
**4415 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Credence**<br>**C/O DIRECTV**<br>**4222 TRINITY MILLS**<br>**Dallas, TX 75287** | Line  _3.16_<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **CRF Solutions**<br>**C/O Southern Glazers**<br>**2051 Royal Avenue**<br>**Simi Valley, CA 93065** | Line  _3.53_<br><br>☐ Not listed. Explain _____ | _ |

Debtor  **Del Fuego Paradise, LLLP**
_____  Case number *(if known)* _____
       Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.3** **CST Co.** **CST Bldg** **P.O. Box 33127** **Louisville, KY 40232-3127** | Line  **3.43**  ☐ Not listed. Explain ____ | _ |
| **4.4** **Florida Department of Revenue** **2468 Metro Centre Boulevard** **West Palm Beach, FL 33407** | Line  **2.1**  ☐ Not listed. Explain ____ | _ |
| **4.5** **Internal Revenue Service** **Atty General United States Dept Justice** **950 Pennsylvania Ave. NW** **Ste 7141** **20530** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |
| **4.6** **Kluger Kaplan Silverman Katzen & Levine** **201 S. Biscayne Boulevard** **Suite 2700** **Miami, FL 33131** | Line  **3.9**  ☐ Not listed. Explain ____ | _ |
| **4.7** **U.S. Attorney** **99 NE 4th Street** **Miami, FL 33132** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |
| **4.8** **U.S. Small Business Association** **SBA Administrator** **Isabella Casillas Guzman** **409 3rd St SW** **Washington, DC 20024** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |
| **4.9** **U.S. Small Business Association** **2 North Street, Suite 320** **Birmingham, AL 35203** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **13,666.19** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **4,566,767.43** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ _____ **4,580,433.62** |

**Fill in this information to identify the case:**

Debtor name    *Del Fuego Paradise, LLLP*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | *CNQ Investment LLC*<br>*914 Fox Point Circle*<br>*Boca Raton, FL 33428* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    *POS System*<br><br>State the term remaining<br><br>List the contract number of any government contract | *One POS*<br>*6750 Forum Drive, Suite 300*<br>*Orlando, FL 32821* |

**Fill in this information to identify the case:**

Debtor name  *Del Fuego Paradise, LLLP*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | *Joseph DiNicola* | *9 Heidie Court*<br>*Saint James, NY 11780* | *ALSCO Uniforms* | ☐ D _____<br>■ E/F __*3.2*__<br>☐ G _____ |
| 2.2 | *Joseph DiNicola* | *9 Heidie Court*<br>*Saint James, NY 11780* | *Breakthru Beverage* | ☐ D _____<br>■ E/F __*3.4*__<br>☐ G _____ |
| 2.3 | *Joseph DiNicola* | *9 Heidie Court*<br>*Saint James, NY 11780* | *Brilliant Supply* | ☐ D _____<br>■ E/F __*3.7*__<br>☐ G _____ |
| 2.4 | *Joseph DiNicola* | *9 Heidie Court*<br>*Saint James, NY 11780* | *CNQ Investment LLC* | ☐ D _____<br>■ E/F __*3.9*__<br>☐ G _____ |
| 2.5 | *Joseph DiNicola* | *9 Heidie Court*<br>*Saint James, NY 11780* | *Commercial Kitchen Stop* | ☐ D _____<br>■ E/F __*3.11*__<br>☐ G _____ |

Debtor    **Del Fuego Paradise, LLLP**          Case number *(if known)* _____

| Additional Page to List More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| 2.6 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **County Soda**<br>**Systems Inc** | ☐ D _____<br>☑ E/F  _**3.12**_<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **DBCHQ SBMA Health**<br>**Insurance** | ☐ D _____<br>☑ E/F  _**3.15**_<br>☐ G _____ |
| 2.8 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **HF Coors** | ☐ D _____<br>☑ E/F  _**3.22**_<br>☐ G _____ |
| 2.9 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **House of Wine, Beer**<br>**and Spirits Inc.** | ☐ D _____<br>☑ E/F  _**3.23**_<br>☐ G _____ |
| 2.10 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **Integrated Building**<br>**Technologies** | ☐ D _____<br>☑ E/F  _**3.25**_<br>☐ G _____ |
| 2.11 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **IPFS Corporation** | ☐ D _____<br>☑ E/F  _**3.26**_<br>☐ G _____ |
| 2.12 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **Kaje Services LLC** | ☐ D _____<br>☑ E/F  _**3.32**_<br>☐ G _____ |
| 2.13 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **One POS** | ☐ D _____<br>☑ E/F  _**3.40**_<br>☐ G _____ |

Debtor    **Del Fuego Paradise, LLLP**                                Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **Premier Beverage Co.** | ☐ D _____<br>■ E/F  _3.44_<br>☐ G _____ |
| 2.15 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **Renovation Partners Steve Sisca** | ☐ D _____<br>■ E/F  _3.49_<br>☐ G _____ |
| 2.16 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **Southern Glazers** | ☐ D _____<br>■ E/F  _3.53_<br>☐ G _____ |
| 2.17 | **Joseph DiNicola** | **9 Heidie Court**<br>**Saint James, NY 11780** | **US Foods** | ☐ D _____<br>■ E/F  _3.55_<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   *Del Fuego Paradise, LLLP*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | *From the beginning of the fiscal year to filing date:*<br>From  *1/01/2024* to *Filing Date* | ■ Operating a business<br>☐ Other  _____ | *$0.00* |
   | *For prior year:*<br>From  *1/01/2023* to *12/31/2023* | ■ Operating a business<br>☐ Other  _____ | *$604,986.13* |
   | *For year before that:*<br>From  *1/01/2022* to *12/31/2022* | ■ Operating a business<br>☐ Other  _____ | *$0.00* |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    *Del Fuego Paradise, LLLP*                                   Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *CNQ Investments LLC V Del Fuego Paradise LLLP*<br>*50-2024-CA-003114-XXXA-MB* | *Circuit Civil* | *Palm Beach County Courthouse*<br>*205 North Dixie Highway*<br>*West Palm Beach, FL 33401* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    *Del Fuego Paradise, LLLP* _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | *Kelley, Kaplan, & Eller, PLLC*<br>*1665 Palm Beach Lakes Boulevard*<br>*The Forum - Suite 1000*<br>*West Palm Beach, FL 33401* | | *May 2024* | *$25,000.00* |

Email or website address
_____

Who made the payment, if not debtor?
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

Debtor    *Del Fuego Paradise, LLLP*                                    Case number *(if known)* _____

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|
    | | | |

    **Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

    **Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

    **Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor   **Del Fuego Paradise, LLLP**                              Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor   *Del Fuego Paradise, LLLP*                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  *Brian Golub*<br>*GOLUB, LACAPRA, WILSON & DETIBERIIS, LLP*<br>*2 ROOSEVELT AVE*<br>*Port Jefferson Station, NY 11776* | *2022, 2023, 2024* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Joseph DiNicola* | *9 Heidie Ct*<br>*Saint James, NY 11780* | *Partner* | *35* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Marc H. Wasserman* | *P.O. Box 718*<br>*Mount Sinai, NY 11766* | *Partner* | *35* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    *Del Fuego Paradise, LLLP* _____    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Del Fuego Paradise, LLLP**                                    Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2024**

**/s/ Daniel Murphy**                                **Daniel Murphy**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Power of Attorney for Joseph DiNicole, Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Del Fuego Paradise, LLLP**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alan Pismeny** | | | |
| **Alto Adventures - Lisa Martin** | | | |
| **Brian McGuinley**<br>**16 Caterham Lane**<br>**East Setauket, NY 11733** | | | |
| **Brian Nessler** | | | |
| **David Duryea**<br>**35B Old Field Rd**<br>**East Setauket, NY 11733** | | | |
| **David Kluger** | | | |
| **Dowdy Clifford Wadsworth** | | | |
| **Eddie Metz**<br>**11 Deepwells Lane**<br>**Saint James, NY 11780** | | | |
| **Frank & Noreen Collins** | | | |
| **Jared Bartholemew**<br>**PO Box 592**<br>**East Moriches, NY 11940** | | | |
| **Jason Houlihan**<br>**33 Slabey Ave**<br>**Malverne, NY 11565** | | | |
| **John Heegan**<br>**63 Hitherdell Lane**<br>**North Babylon, NY 11703** | | | |

Sheet 1 of 3 in List of Equity Security Holders

In re:  **Del Fuego Paradise, LLLP**                                    Case No. _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Joseph DeNicola**
**9 Heidie Ct**
**Saint James, NY 11780**

**Joseph Vassar**
**PO Box 2694**
**Huntington Station, NY 11746**

**Ken Bove**
**895 Marconi Ave.**
**Ronkonkoma, NY 11779**

**Lawrence Bracken**
**208 Violet Garden Walk**
**Alpharetta, GA 30009**

**Linsco Private**

**Marc Wasserman**
**797 Mt Sinai Coram Rd**
**Mount Sinai, NY 11766**

**Michael Arranoca**
**335 Bob White Way**
**Sarasota, FL 34236**

**Michael LaStrange**
**96 Butler Drive**
**South Burlington, VT 05403**

**Raymond Franzino**
**17819 Vaca Court**
**FL 33098**

**RDDM1119 LLC/Dan Moruzzi**
**11 Durham Place**
**Lake Grove, NY 11755**

**Renovation Partners Steve Sisca**
**905 Atlantic Ave.**
**Brooklyn, NY 11238**

**Robert Iannaccone**
**1105 Montauk Montauk Highway, Ste C**
**Patchogue, NY 11772**

List of equity security holders consists of 3 total page(s)

In re:  **Del Fuego Paradise, LLLP**                                    Case No. _____
                                                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Reykert**<br>**309 South Someday Dr**<br>**Boerne, TX 78006** | | | |
| **Shelly Winter** | | | |
| **Steven Duryea**<br>**29 Wriston Dr.**<br>**Providence, RI 02906** | | | |
| **William Girimonte, Jr.**<br>**14 Surrey Road**<br>**Massapequa, NY 11758** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Power of Attorney for Joseph DiNicole, Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 20, 2024** _____        Signature  **/s/ Daniel Murphy** _____
                                                          **Daniel Murphy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

## United States Bankruptcy Court
### Southern District of Florida

In re   **Del Fuego Paradise, LLLP** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Power of Attorney for Joseph DiNicole, Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 20, 2024** _____          **/s/ Daniel Murphy** _____

**Daniel Murphy**/**Power of Attorney for Joseph DiNicole, Partner**
Signer/Title

Alan Pismeny
1103 Parker Schoolhouse Extension
Davenport, NY 13750


ALSCO Uniforms
2631 NW 17TH LANE
Pompano Beach, FL 33064


Alto Adventures - Lisa Martin


Breakthru Beverage
9801 Premier Pkwy
Hollywood, FL 33025


Brian McGuinley
16 Caterham Lane
East Setauket, NY 11733


Brian Nessler


Brilliant Supply
2180 S Congress Ave Ste B
West Palm Beach, FL 33406


City of Delray Water
100 NW First Ave
Delray Beach, FL 33444


CNQ Investment LLC
c/o CD CPA
175 SW 7th Street
Suite 1603
Miami, FL 33130


CNQ Investment LLC
914 Fox Point Circle
Boca Raton, FL 33428


Comcast Business
PO BOX 71211
Charlotte, NC 28272

Commercial Kitchen Stop
2180 S Congress Ave
Unit A
West Palm Beach, FL 33406


County Soda Systems Inc
2085 N Powerline Rd STE 2
Pompano Beach, FL 33069


Credence
C/O DIRECTV
4222 TRINITY MILLS
Dallas, TX 75287


CRF Solutions
C/O Southern Glazers
2051 Royal Avenue
Simi Valley, CA 93065


CST Co.
CST Bldg
P.O. Box 33127
Louisville, KY 40232-3127


David Duryea
35B Old Field Rd
East Setauket, NY 11733


David Kluger


DBCHQ SBMA Health Insurance


DirecTV
P.O. Box 5007
Carol Stream, IL 60197-5007


Dowdy Clifford Wadsworth


Eddie Metz
11 Deepwells Lane
Saint James, NY 11780

```
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0140


Florida Department of Revenue
2468 Metro Centre Boulevard
West Palm Beach, FL 33407


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Public Utilities
P.O. Box 610
Marianna, FL 32447


Frank & Noreen Collins


HF Coors
1600 S Cherrybell Stravenue
Tucson, AZ 85713


House of Wine, Beer and Spirits Inc.
1101 Clare Ave
Unit 10
West Palm Beach, FL 33401


Imperial AC Supply
2611 NW 21st Terrace
Miami, FL 33142


Integrated Building Technologies
 3000 NW Boca Raton Blvd
Boca Raton, FL 33431


Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
```

Internal Revenue Service
Atty General United States Dept Justice
950 Pennsylvania Ave. NW
Ste 7141
 20530


IPFS Corporation
PO BOX 730223
Dallas, TX 75373


Jared Bartholemew
PO Box 592
East Moriches, NY 11940


Jason Houlihan
33 Slabey Ave
Malverne, NY 11565


John Heegan
63 Hitherdell Lane
North Babylon, NY 11703


Joseph DeNicola
9 Heidie Ct
Saint James, NY 11780


Joseph DiNicola
9 Heidie Court
Saint James, NY 11780


Joseph Vassar
PO Box 2694
Huntington Station, NY 11746


Kaje Services LLC
8185 Via Ancho Rd Unit 880848
Boca Raton, FL 33488


Ken Bove
895 Marconi Ave.
Ronkonkoma, NY 11779

Kluger Kaplan Silverman Katzen & Levine
201 S. Biscayne Boulevard
Suite 2700
Miami, FL 33131


Lawrence Bracken
208 Violet Garden Walk
Alpharetta, GA 30009


Linsco private


Marc Wasserman
797 Mt Sinai Coram Rd
Mount Sinai, NY 11766


Michael Arranoca
335 Bob White Way
Sarasota, FL 34236


Michael LaStrange
96 Butler Drive
South Burlington, VT 05403


Mike Maher


One POS
6750 Forum Drive, Suite 300
Orlando, FL 32821


Orkin Pest Control
2257 VISTA PARKWAY SUITE 5
West Palm Beach, FL 33411


Park Street
1000 Brickell Ave Ste 215
Miami, FL 33131


Paycor
4811 Montgomery Rd
Cincinnati, OH 45212

Premier Beverage Co.
9801 Premier Pkwy
Miramar, FL 33083


Progressive Commercial
Dept 0561
Carol Stream, IL 60132-0561


Quench
630 Allendale Road
Suite 200
King of Prussia, PA 19406


Raymond Franzino
17819 Vaca Court
Ft Meyers, FL 33098


RDDM1119 LLC/Dan Moruzzi
11 Durham Place
Lake Grove, NY 11755


Renovation Partners Steve Sisca
905 Atlantic Ave.
Brooklyn, NY 11238


Robert Iannaccone
1105 Montauk Montauk Highway, Ste C
Patchogue, NY 11772


Scott Reykert
309 South Someday Dr
Boerne, TX 78006


Shelly Winter


Southern Glazers
2400 SW 145th Avenue, Suite 200
Hollywood, FL 33027


Steven Duryea
29 Wriston Dr.
Providence, RI 02906

```
U.S. Attorney
99 NE 4th Street
Miami, FL 33132


U.S. Small Business Association
SBA Administrator
Isabella Casillas Guzman
409 3rd St SW
Washington, DC 20024


U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203


US Foods
7598 NW 6th Avenue
Boca Raton, FL 33487


Valiant Payroll Taxes


WALKER INDUSTRIAL
117 Mount Pleasant Road
PO Box 499
Newtown, CT 06470


Waste Management
Po BOX 4648
Carol Stream, IL 60197


William Girimonte, Jr.
14 Surrey Road
Massapequa, NY 11758


Zenith Insurance
4415 COLLECTIONS CENTER DRIVE
Chicago, IL 60693
```