United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-14934-MAM |
| Del Fuego Paradise, LLLP | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 3 |
| Date Rcvd: May 22, 2024 | Form ID: 309F1 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Del Fuego Paradise, LLLP, 900 East Atlantic Blvd, Delray Beach, FL 33483-6954 |
| 97390273 | + | ALSCO Uniforms, 2631 NW 17TH LANE, Pompano Beach, FL 33064-1539 |
| 97390272 | + | Alan Pismeny, 1103 Parker Schoolhouse Extension, Davenport, NY 13750-8321 |
| 97390275 | + | Breakthru Beverage, 9801 Premier Pkwy, Hollywood, FL 33025-3200 |
| 97390276 | + | Brian McGuinley, 16 Caterham Lane, East Setauket, NY 11733-1945 |
| 97390278 | + | Brilliant Supply, 2180 S Congress Ave Ste B, West Palm Beach, FL 33406-7631 |
| 97390280 | + | CNQ Investment LLC, c/o CD CPA, 175 SW 7th Street, Suite 1603, Miami, FL 33130-2956 |
| 97390281 | | CNQ Investment LLC, 914 Fox Point Circle, Boca Raton, FL 33428 |
| 97390286 | + | CRF Solutions, C/O Southern Glazers, 2051 Royal Avenue, Simi Valley, CA 93065-4621 |
| 97390287 | | CST Co., CST Bldg, P.O. Box 33127, Louisville, KY 40232-3127 |
| 97390279 | + | City of Delray Water, 100 NW First Ave, Delray Beach, FL 33444-2612 |
| 97390283 | + | Commercial Kitchen Stop, 2180 S Congress Ave, Unit A, West Palm Beach, FL 33406-7631 |
| 97390284 | + | County Soda Systems Inc, 2085 N Powerline Rd STE 2, Pompano Beach, FL 33069-1282 |
| 97390288 | + | David Duryea, 35B Old Field Rd, East Setauket, NY 11733-2275 |
| 97390293 | + | Eddie Metz, 11 Deepwells Lane, Saint James, NY 11780-1917 |
| 97390297 | + | Florida Public Utilities, P.O. Box 610, Marianna, FL 32447-0610 |
| 97390299 | + | HF Coors, 1600 S Cherrybell Stravenue, Tucson, AZ 85713-1934 |
| 97390300 | + | House of Wine, Beer and Spirits Inc., 1101 Clare Ave, Unit 10, West Palm Beach, FL 33401-6981 |
| 97390302 | ++++ | INTEGRATED BUILDING TECHNOLOGIES, 3000 NW 2ND AVE, BOCA RATON FL 33431-6672 address filed with court:, Integrated Building Technologies, 3000 NW Boca Raton Blvd, Boca Raton, FL 33431 |
| 97390301 | + | Imperial AC Supply, 2611 NW 21st Terrace, Miami, FL 33142-7112 |
| 97390304 | + | Internal Revenue Service, Atty General United States Dept Justice, 950 Pennsylvania Ave. NW, Ste 20530-0017 |
| 97390306 | + | Jared Bartholemew, PO Box 592, East Moriches, NY 11940-0592 |
| 97390307 | + | Jason Houlihan, 33 Slabey Ave, Malverne, NY 11565-1621 |
| 97390308 | + | John Heegan, 63 Hitherdell Lane, North Babylon, NY 11703-5207 |
| 97390309 | + | Joseph DeNicola, 9 Heidie Ct, Saint James, NY 11780-3037 |
| 97390310 | + | Joseph DiNicola, 9 Heidie Court, Saint James, NY 11780-3037 |
| 97390311 | + | Joseph Vassar, PO Box 2694, Huntington Station, NY 11746-0543 |
| 97390312 | + | Kaje Services LLC, 8185 Via Ancho Rd Unit 880848, Boca Raton, FL 33488-2042 |
| 97390313 | + | Ken Bove, 895 Marconi Ave., Ronkonkoma, NY 11779-7228 |
| 97390314 | + | Kluger Kaplan Silverman Katzen & Levine, 201 S. Biscayne Boulevard, Suite 2700, Miami, FL 33131-4330 |
| 97390315 | + | Lawrence Bracken, 208 Violet Garden Walk, Alpharetta, GA 30009-4405 |
| 97390317 | + | Marc Wasserman, 797 Mt Sinai Coram Rd, Mount Sinai, NY 11766-1222 |
| 97390318 | + | Michael Arranoca, 335 Bob White Way, Sarasota, FL 34236-1813 |
| 97390319 | + | Michael LaStrange, 96 Butler Drive, South Burlington, VT 05403-7240 |
| 97390321 | + | One POS, 6750 Forum Drive, Suite 300, Orlando, FL 32821-8088 |
| 97390322 | + | Orkin Pest Control, 2257 VISTA PARKWAY SUITE 5, West Palm Beach, FL 33411-2726 |
| 97390323 | + | Park Street, 1000 Brickell Ave Ste 215, Miami, FL 33131-3010 |
| 97390324 | + | Paycor, 4811 Montgomery Rd, Cincinnati, OH 45212-2163 |
| 97390325 | + | Premier Beverage Co., 9801 Premier Pkwy, Miramar, FL 33025-3200 |
| 97390327 | + | Quench, 630 Allendale Road, Suite 200, King of Prussia, PA 19406-1695 |
| 97390329 | + | RDDM1119 LLC/Dan Moruzzi, 11 Durham Place, Lake Grove, NY 11755-2847 |
| 97390328 | + | Raymond Franzino, 17819 Vaca Court, Ft Meyers, FL 33908-7690 |
| 97390330 | + | Renovation Partners Steve Sisca, 905 Atlantic Ave., Brooklyn, NY 11238-2704 |
| 97390331 | | Robert Iannaccone, 1105 Montauk Montauk Highway, Ste C, Patchogue, NY 11772 |
| 97390332 | + | Scott Reykert, 309 South Someday Dr, Boerne, TX 78006-7016 |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: 309F1 | Total Noticed: 68 |

| | | |
|---|---|---|
| 97390334 | + | Southern Glazers, 2400 SW 145th Avenue, Suite 200, Hollywood, FL 33027-4228 |
| 97390335 | + | Steven Duryea, 29 Wriston Dr., Providence, RI 02906-4866 |
| 97390338 | | U.S. Small Business Association, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 97390341 | + | WALKER INDUSTRIAL, 117 Mount Pleasant Road, PO Box 499, Newtown, CT 06470-0499 |
| 97390342 | + | Waste Management, Po BOX 4648, Carol Stream, IL 60197-4648 |
| 97390343 | + | William Girimonte, Jr., 14 Surrey Road, Massapequa, NY 11758-5947 |
| 97390344 | + | Zenith Insurance, 4415 COLLECTIONS CENTER DRIVE, Chicago, IL 60693-0001 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: craig@kelleylawoffice.com | May 22 2024 22:28:00 | Craig I Kelley, 1665 Palm Beach Lakes Blvd., Ste. 1000, West Palm Beach, FL 33401 |
| aty | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 22 2024 22:29:00 | Martin P Ochs, Office of the US Trustee, 75 Ted Turner Drive, Suite 362, Atlanta, GA 30303-3330 |
| smg | EDI: FLDEPREV.COM | May 23 2024 02:19:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | EDI: IRS.COM | May 23 2024 02:19:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | May 22 2024 22:29:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97390282 | + EDI: COMCASTCBLCENT | May 23 2024 02:19:00 | Comcast Business, PO BOX 71211, Charlotte, NC 28272-1211 |
| 97390285 | + Email/Text: bankruptcy@credencerm.com | May 22 2024 22:29:00 | Credence, C/O DIRECTV, 4222 TRINITY MILLS, Dallas, TX 75287-7666 |
| 97390291 | EDI: DIRECTV.COM | May 23 2024 02:19:00 | DirecTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 97390295 | + EDI: FLDEPREV.COM | May 23 2024 02:19:00 | Florida Department of Revenue, 2468 Metro Centre Boulevard, West Palm Beach, FL 33407-3105 |
| 97390294 | EDI: FLDEPREV.COM | May 23 2024 02:19:00 | Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399-0140 |
| 97390296 | Email/Text: Bankruptcy@fpl.com | May 22 2024 22:28:00 | Florida Power & Light, General Mail Facility, Miami, FL 33188-0001 |
| 97390305 | Email/Text: ipfscollectionsreferrals@ipfs.com | May 22 2024 22:29:00 | IPFS Corporation, PO BOX 730223, Dallas, TX 75373 |
| 97390326 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 22 2024 22:29:00 | Progressive Commercial, Dept 0561, Carol Stream, IL 60132-0561 |
| 97390336 | Email/Text: USAFLS.Bankruptcy@usdoj.gov | May 22 2024 22:28:00 | U.S. Attorney, 99 NE 4th Street, Miami, FL 33132 |
| 97390337 | + Email/Text: bankruptcynotices@sba.gov | May 22 2024 22:28:00 | U.S. Small Business Association, SBA Administrator, Isabella Casillas Guzman, 409 3rd St SW, Washington, DC 20024-3212 |
| 97390339 | + Email/Text: bankruptcyecf.shared@usfoods.com | May 22 2024 22:29:00 | US Foods, 7598 NW 6th Avenue, Boca Raton, FL 33487-1332 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97390274 | | Alto Adventures - Lisa Martin |
| 97390277 | | Brian Nessler |

| District/off: 113C-9 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: 309F1 | Total Noticed: 68 |

| | | |
|---|---|---|
| 97390290 | | DBCHQ SBMA Health Insurance |
| 97390289 | | David Kluger |
| 97390292 | | Dowdy Clifford Wadsworth |
| 97390298 | | Frank & Noreen Collins |
| 97390316 | | Linsco private |
| 97390320 | | Mike Maher |
| 97390333 | | Shelly Winter |
| 97390340 | | Valiant Payroll Taxes |
| 97390303 | * | Internal Revenue Service, Central Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 10 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig I Kelley | on behalf of Debtor Del Fuego Paradise LLLP craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Del Fuego Paradise, LLLP<br>Name | EIN: | 88–3441852 |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter: | 11    5/20/24 |
| Case number: | 24–14934–MAM | | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Del Fuego Paradise, LLLP | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 900 East Atlantic Blvd<br>Delray Beach, FL 33483 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Craig I Kelley<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401 | Contact phone 561–491–1200 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **5/22/24** |
| 6. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | June 20, 2024 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>**Trustee: Office of the US Trustee**<br>Call in number: 866–915–4419<br>Participant Code: 6071331 |

Local Form 309F1 USBC SDFL (Corporations or Partnerships) (06/14/2021)    **Notice of Chapter 11 Bankruptcy Case**    page 1

| Debtor **Del Fuego Paradise, LLLP** | Case number **24–14934–MAM** |
|---|---|

| | | |
|---|---|---|
| 7. **Proof of Claim Deadline** | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 7/29/24 |
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 11/18/24 |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>● your claim is designated as *disputed, contingent,* or *unliquidated*;<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. **Exception to Discharge Deadline**<br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:** | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |

Local Form 309F1 USBC SDFL (Corporations or Partnerships)   **Notice of Chapter 11 Bankruptcy Case**                                        page **2**