

**ORDERED in the Southern District of Florida on September 12, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No: 24-14934-MAM |
| | Chapter: 11 |
| DEL FUEGO PARADISE, LLLP, | Small Business |
| Debtor | |
| _____/ | |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

THIS MATTER, came before the Court on **September 10, 2024, at 1:30 p.m.**, upon Debtor DEL FUEGO PARADISE, LLLP's Motion to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases (C.P.#38) and the Court having reviewed the file and the Motion, heard argument of counsel, and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED:

1. Debtor's Motion to Extend Time to Assume or Reject Executory Contracts and

Unexpired Leases (CP #38) is hereby **GRANTED**.

2. The Debtor shall have through and including November 18, 2024, in which to assume or reject executory contracts and unexpired leases of non-residential real property in which the Debtor is a Lessee.

###

**Submitted by:**

Craig I. Kelley, Esquire
**KELLEY KAPLAN & ELLER PLLC**
Attorney for Debtor
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax:(561) 684-3773
bankruptcy@kelleylawoffice.com


**Copies furnished to:**

*Craig I. Kelley, Esq. is directed to serve a copy of the signed order on all parties of record and file with the court a proof of service.*