**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                               CASE NO.: 24-14934 MAM
                                                                                              CHAPTER 11
DEL FUEGO PARADISE LLLP                                              Small Business

    Debtor.
_____/

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the **(C.P. 44) Order Granting Debtor's Motion to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases (Re: # [38])** was furnished via U.S. Mail/ECF to the parties on the attached mail list on the 13th day of September, 2024.

                                              KELLEY KAPLAN & ELLER, PLLC
                                              1665 Palm Beach Lakes Blvd.
                                              The Forum - Suite 1000
                                              West Palm Beach, Florida 33401
                                              Telephone No. (561) 491-1200
                                              Facsimile No.   (561) 684-3773
                                              bankruptcy@kelleylawoffice.com

                                              By:/s/ Dana Kaplan
                                              Dana Kaplan
                                              Florida Bar No.: 44315

Mailing Information for Case 24-14934-MAM

**Electronic Mail Notice List**

- **Marko F Cerenko**   mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Martin P Ochs**   martin.p.ochs@usdoj.gov
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

**Charles C. Prakas**
1800 NW 1 Ct
Boca Raton, FL 33432

**Del Fuego Paradise, LLLP**
900 East Atlantic Bvd.
Delray Beach, FL 33483

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 24-14934-MAM<br>Southern District of Florida<br>West Palm Beach<br>Fri Sep 13 08:26:13 EDT 2024 | CNQ Investments, LLC<br>c/o Marko Cerenko<br>Citigroup Center, 27th Floor<br>201 South Biscayne Boulevard<br>Miami, FL 33131-4332 | Del Fuego Paradise, LLLP<br>900 East Atlantic Blvd<br>Delray Beach, FL 33483-6954 |
| 430 NORTH COUNTRY RD LLC<br>105 WYNN LANE<br>PORT JEFFERSON, NY 11777-1669 | ALSCO Uniforms<br>2631 NW 17TH LANE<br>Pompano Beach, FL 33064-1539 | ALTO ADVENTURES<br>14 CRESCENT ROAD<br>VILLAGE OF BELLE TERRE<br>PORT JEFFERSON, NY  11777<br>Port Jefferson, NY 11777-1208 |
| Alan Pismeny<br>1103 Parker Schoolhouse Extension<br>Davenport, NY 13750-8321 | Alec Brier<br>3240 Delray Bay Dr<br>Delray Beach, FL 33483-3284 | Amilcar Lucas Mendez<br>1332 Carefree Cove Dr<br>West Palm Beach, FL 33415-4675 |
| Amir Chegini<br>4 Gibbs Rd<br>Delray Beach, FL 33483-6352 | Anne Bracken & Joseph DeNicola<br>9 Heidie Ct<br>St James, NY 11780-3037 | Bianca Lindberg<br>5901 Camino del Sol<br>Boca Raton, FL 33433-6538 |
| Blander Fontilien<br>710 Lake Ida Road<br>Delray Beach, FL 33444-2760 | Breakthru Beverage<br>9801 Premier Pkwy<br>Hollywood, FL 33025-3200 | Brian McGuinley<br>16 Caterham Lane<br>East Setauket, NY 11733-1945 |
| Brian Nesler<br>PO Box 79<br>Remsenburg, NY 11960-0079 | Brian Nessler<br>PO Box 79<br>Remsenburg, NY 11960-0079 | Brilliant Supply<br>2180 S Congress Ave Ste B<br>West Palm Beach, FL 33406-7631 |
| CNQ Investment LLC<br>914 Fox Point Circle<br>Boca Raton, FL 33428 | CNQ Investment LLC<br>c/o CD CPA<br>175 SW 7th Street<br>Suite 1603<br>Miami, FL 33130-2956 | CRF Solutions<br>C/O Southern Glazers<br>2051 Royal Avenue<br>Simi Valley, CA 93065-4621 |
| CST Co.<br>CST Bldg<br>P.O. Box 33127<br>Louisville, KY 40232-3127 | Christopher D. Unger<br>2935 SE 1st St<br>Boynton Beach, FL 33435-8201 | City of Delray Water<br>100 NW First Ave<br>Delray Beach, FL 33444-2612 |
| Clayton P. Hammond<br>1740 NW 2nd St<br>Delray Beach, FL 33444-1667 | Comcast Business<br>PO BOX 71211<br>Charlotte, NC 28272-1211 | Commercial Kitchen Stop<br>2180 S Congress Ave<br>Unit A<br>West Palm Beach, FL 33406-7631 |
| County Soda Systems Inc<br>2085 N Powerline Rd STE 2<br>Pompano Beach, FL 33069-1282 | Credence<br>C/O DIRECTV<br>4222 TRINITY MILLS<br>Dallas, TX 75287-7666 | David Duryea<br>35B Old Field Rd<br>East Setauket, NY 11733-2275 |

| | | |
|---|---|---|
| Davis & Jones, LLC<br>3120 Sabre Dr.<br>Suite 280<br>File No. 122696<br>Southlake, TX 76092-2109 | DirecTV<br>P.O. Box 5007<br>Carol Stream, IL 60197-5007 | Donald Scott Rykert<br>309 S Someday Drive<br>Boerne, TX 78006-7016 |
| Eddie Metz<br>11 Deepwells Lane<br>Saint James, NY 11780-1917 | Eloi I. Sandoval<br>218 NW 9th Ave<br>Delray Beach, FL 33444-2756 | Emily Dearaujo Dias<br>11460 Woodchuck Drive<br>Boca Raton, FL 33428-2652 |
| Evelyn Estrada<br>1531 Drexel Rd<br>West Palm Beach, FL 33417-4235 | Fabio Lanzas<br>117 SE 4th Ave<br>Boynton Beach, FL 33435-4528 | Florida Department of Revenue<br>2468 Metro Centre Boulevard<br>West Palm Beach, FL 33407-3105 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0140 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Florida Public Utilities<br>P.O. Box 610<br>Marianna, FL 32447-0610 |
| Francois Wilson<br>1610 NE 2nd Ct<br>Boynton Beach, FL 33435-2711 | Gianna M. Murer<br>425 Old Willets Path<br>Hauppauge, NY 11788-2237 | HF Coors<br>1600 S Cherrybell Stravenue<br>Tucson, AZ 85713-1934 |
| Hayley E. Husken<br>801 Sunflower Ave<br>Delray Beach, FL 33445-1916 | House of Wine, Beer and Spirits Inc.<br>1101 Clare Ave<br>Unit 10<br>West Palm Beach, FL 33401-6981 | House of Wine, Beer and Spirits, Inc.<br>1101 Clare Avenue #9<br>West Palm Beach, FL 33401-6981 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | Imperial AC Supply<br>2611 NW 21st Terrace<br>Miami, FL 33142-7112 | (c)INTEGRATED BUILDING TECHNOLOGIES<br>3000 NW 2ND AVE<br>BOCA RATON FL  33431-6672 |
| Internal Revenue Service<br>Atty General United States Dept Justice<br>950 Pennsylvania Ave. NW<br>Ste 20530-0017 | Internal Revenue Service<br>Central Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James J Healy<br>425 E. 75th St. 5B<br>New York, NY 10021-3273 |
| Jared Bartholemew<br>PO Box 592<br>East Moriches, NY 11940-0592 | Jason Houlihan<br>33 Slabey Ave<br>Malverne, NY 11565-1621 | John Heegan<br>63 Hitherdell Lane<br>North Babylon, NY 11703-5207 |
| Joseph DeNicola<br>9 Heidie Ct<br>Saint James, NY 11780-3037 | Joseph DiNicola<br>9 Heidie Court<br>Saint James, NY 11780-3037 | Joseph Vassar<br>PO Box 2694<br>Huntington Station, NY 11746-0543 |

| | | |
|---|---|---|
| Kaje Services LLC<br>8185 Via Ancho Rd Unit 880848<br>Boca Raton, FL 33488-2042 | Ken Bove<br>895 Marconi Ave.<br>Ronkonkoma, NY 11779-7228 | Kluger Kaplan Silverman Katzen & Levine<br>201 S. Biscayne Boulevard<br>Suite 2700<br>Miami, FL 33131-4330 |
| Lawrence Bracken<br>208 Violet Garden Walk<br>Alpharetta, GA 30009-4405 | Louis Euclide Joseph<br>7373 Thatcher Ave<br>Lake Worth, FL 33462-5241 | Luberisse Petrus<br>511 SE 21st Ave<br>Boynton Beach, FL 33435-7229 |
| Marc H. Wasserman<br>P.O. Box 718<br>Mount Sinai, NY 11766-0718 | Marc Perez<br>1663 Brandywine Rd<br>Apt # 5221<br>West Palm Beach, FL 33409-2097 | Marc Wasserman<br>797 Mt Sinai Coram Rd<br>Mount Sinai, NY 11766-1222 |
| Megan Kuehhas<br>15000 Portofino Circle<br>Apt 126<br>Palm Beach Gardens, FL 33418-1288 | Michael Aronica<br>333 Bob White Way<br>Sarasota, FL 34236 | Michael Arranoca<br>335 Bob White Way<br>Sarasota, FL 34236-1813 |
| Michael LaStrange<br>96 Butler Drive<br>South Burlington, VT 05403-7240 | Nanette Jeune<br>710 Lake Ida Road<br>Delray Beach, FL 33444-2760 | Nathalie Dubois<br>808 S Seacrest Blvd<br>Boynton Beach, FL 33435-5561 |
| Nicole J. Urban<br>4604 Franwood Dr<br>Delray Beach, FL 33445-3263 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | One POS<br>6750 Forum Drive, Suite 300<br>Orlando, FL 32821-8088 |
| Orkin Pest Control<br>2257 VISTA PARKWAY SUITE 5<br>West Palm Beach, FL 33411-2726 | PATCHOGUE MAIN LLC<br>31 W MAIN STREET<br>PATCHOGUE, NY 11772-3034 | Park Street<br>1000 Brickell Ave Ste 215<br>Miami, FL 33131-3010 |
| Paulina Mota<br>1521 NW 22ndst<br>Boynton Beach, FL 33436-2836 | Paycor<br>4811 Montgomery Rd<br>Cincinnati, OH 45212-2163 | Phillips, Artura & Cox<br>165 South Wellwood Avenue<br>Lindenhurst, NY 11757-4902 |
| Premier Beverage Co.<br>9801 Premier Pkwy<br>Miramar, FL 33025-3200 | Progressive Commercial<br>Dept 0561<br>Carol Stream, IL 60132-0561 | Quench<br>630 Allendale Road<br>Suite 200<br>King of Prussia, PA 19406-1695 |
| RDDM1119 LLC<br>11 Durham Place<br>Lake Grove, NY 11755-2847 | RDDM1119 LLC/Dan Moruzzi<br>11 Durham Place<br>Lake Grove, NY 11755-2847 | Ramond McLaren<br>16 Andrews Ave<br>Delray Beach, FL 33483-7055 |

| | | |
|---|---|---|
| Raymond Franzino<br>17819 Vaca Court<br>Ft Meyers, FL 33908-7690 | Renovation Partners Steve Sisca<br>905 Atlantic Ave.<br>Brooklyn, NY 11238-2704 | Renovations Partners, Inc.<br>905 Atlantic Avenue, 2nd Floor<br>Brooklyn, NY 11238-2704 |
| Robert Iannaccone<br>1105 Montauk Montauk Highway, Ste C<br>Patchogue, NY 11772 | Ruvo Restaurant East, LLC<br>105 Wynn Lane<br>Port Jefferson, NY 11777-1669 | Sandra Rozo<br>10022 Boynton Place Cir<br>Boynton Beach, FL 33437-2678 |
| Santiago Tiu<br>3815 Parker Ave Apt 2<br>West Palm Beach, FL 33405-2149 | Scott Reykert<br>309 South Someday Dr<br>Boerne, TX 78006-7016 | Shawn Brick<br>417 SW 6th Ave<br>Delray Beach, FL 33444-2435 |
| Southern Glazer's Wine and Spirits of F<br>14911 Quorum Drive, Suite 150<br>Dallas, TX 75254-7003 | Southern Glazers<br>2400 SW 145th Avenue, Suite 200<br>Hollywood, FL 33027-4228 | Steven Duryea<br>29 Wriston Dr.<br>Providence, RI 02906-4866 |
| Thomas Conner<br>896 N Federal Hwy<br>Apt 523<br>Lantana, FL 33462-1880 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | U.S. Small Business Association<br>2 North Street, Suite 320<br>Birmingham, AL 35203 |
| U.S. Small Business Association<br>SBA Administrator<br>Isabella Casillas Guzman<br>409 3rd St SW<br>Washington, DC 20024-3212 | US Foods<br>7598 NW 6th Avenue<br>Boca Raton, FL 33487-1332 | Urszula Vicino<br>223 Plainview Rd<br>Hicksville, NY 11801-4337 |
| WALKER INDUSTRIAL<br>117 Mount Pleasant Road<br>PO Box 499<br>Newtown, CT 06470-0499 | Waste Management<br>Po BOX 4648<br>Carol Stream, IL 60197-4648 | William Girimonte, Jr.<br>14 Surrey Road<br>Massapequa, NY 11758-5947 |
| Wislande Pierrilus<br>347 NE 24th ave<br>Boynton Beach, FL 33435-2134 | Zenith Insurance<br>4415 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693-0001 | Charles C. Prakas<br>1800 NW 1 Ct<br>Boca Raton, FL 33432-1726 |
| Craig I Kelley<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Dana L Kaplan<br>1665 Palm Beach Lakes Blvd.<br>Ste 1000<br>West Palm Beach, FL 33401-2109 | Jacqui Varga CPA<br>Golub, Lacapra, Wilson & Detiberiis<br>2 Roosevelt Avenue<br>Port Jefferson Station, NY 11776-3337 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IPFS Corporation                              U.S. Attorney
PO BOX 730223                                 99 NE 4th Street
Dallas, TX 75373                              Miami, FL 33132
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Integrated Building Technologies
3000 NW Boca Raton Blvd
Boca Raton, FL 33431
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach          (u)Alto Adventures - Lisa Martin      (u)DBCHQ SBMA Health Insurance


(u)David Kluger             (u)Dowdy Clifford Wadsworth           (u)Frank & Noreen Collins


(u)Linsco private           (u)Mike Maher                         (u)Shelly Winter


(u)Valiant Payroll Taxes    End of Label Matrix
                            Mailable recipients   116
                            Bypassed recipients    10
                            Total                 126
```